IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LARRIS BOSTON,

    Plaintiff,

v.

JOY B. HENDRIX,

    Defendant.

CV 616-031

**O R D E R**

In response to the Court's probing, Plaintiff filed a status report on March 30, 2017, in which he asks the Court to dismiss this case. (Doc. 20.) The Court therefore **ORDERS** this case **DISMISSED** under Federal Rule of Civil Procedure 41(a)(2). The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 1st day of August, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA